Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–27354–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kizzy Alvarez–DeSantis
aka Kizzy Alvarez
189 Main Street
Sayreville, NJ 08872–0000

Rennie Jene DeSantis Jr
aka Rennie Jene DeSantis
189 Main Street
Sayreville, NJ 08872–0000

Social Security No.:
xxx–xx–4214

xxx–xx–7440

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         11/5/19
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 2, 2019
JAN: pbf

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Kizzy Alvarez-DeSantis
Rennie Jene DeSantis, Jr
    Debtors

Case No. 19-27354-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                  Page 1 of 1                  Date Rcvd: Oct 02, 2019
                              Form ID: 132                 Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2019.
```
db/jdb         +Kizzy Alvarez-DeSantis,    Rennie Jene DeSantis, Jr,    189 Main Street,
                 Sayreville, NJ 08872-1149
518453278      +A-1 Collection Service,    2297 State Highway 33, Suite 906,    Hamilton Square, NJ 08690-1717
518453277      +Caine and Weiner,    5805 Sepulveda Blvd.,    Sherman Oaks, CA 91411-2546
518453276       Santander Consumer,    P.O. Box 660633,    Dallas, TX 75266-0633
518481963      +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
518493812      +Santander Consumer USA, Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
518493835      +Santander USA,    POB 961245,    Ft. Worth, TX 76161-0244
518453282      +TD BANK USA/TARGET CREDI,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 03 2019 00:29:25     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 03 2019 00:29:20     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518453279       E-mail/Text: ebn@americollect.com Oct 03 2019 00:29:33     Americollect,   PO Box 1566,
                 1851 S. Alverno Rd,   Manitowoc, WI 54221-1566
518453280      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 03 2019 00:32:46
                 CAPITAL ONE BANK USA NA,    PO BOX 30281,   SALT LAKE CITY, UT 84130-0281
518453281      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 03 2019 00:28:59     COMENITY BANK/VCTRSSEC,
                 PO BOX 182789,   COLUMBUS, OH 43218-2789
518453275       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Oct 03 2019 00:33:04
                 Capital One Auto Finance,    7933 Preston Road,   Plano, TX 75024-2302
518460951      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 03 2019 00:32:00
                 Capital One Auto Finance, a division of,   AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518475973      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 03 2019 00:33:16
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518453283      +E-mail/Text: bncnotices@becket-lee.com Oct 03 2019 00:28:26     KOHLS DEPARTMENT STORE,
                 PO BOX 3115,   MILWAUKEE, WI 53201-3115
518455239      +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2019 00:31:04     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518468903      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 03 2019 00:33:16     T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 11
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2019 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 3
```