Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–27354–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kizzy Alvarez–DeSantis | Rennie Jene DeSantis Jr |
| aka Kizzy Alvarez | aka Rennie Jene DeSantis |
| 189 Main Street | 189 Main Street |
| Sayreville, NJ 08872–0000 | Sayreville, NJ 08872–0000 |

Social Security No.:
   xxx–xx–4214                                     xxx–xx–7440

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on November 6, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 12, 2019
JAN: bwj

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                         Case No. 19-27354-MBK
Kizzy Alvarez-DeSantis                                         Chapter 13
Rennie Jene DeSantis, Jr
      Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Nov 12, 2019
                              Form ID: 148             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
db/jdb         +Kizzy Alvarez-DeSantis,   Rennie Jene DeSantis, Jr,    189 Main Street,
                 Sayreville, NJ 08872-1149
518453278      +A-1 Collection Service,    2297 State Highway 33, Suite 906,    Hamilton Square, NJ 08690-1717
518453277      +Caine and Weiner,   5805 Sepulveda Blvd.,    Sherman Oaks, CA 91411-2546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 13 2019 00:26:34      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 13 2019 00:26:32     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518453279       E-mail/Text: ebn@americollect.com Nov 13 2019 00:26:37     Americollect,   PO Box 1566,
                 1851 S. Alverno Rd,   Manitowoc, WI 54221-1566
518453280      +EDI: CAPITALONE.COM Nov 13 2019 05:08:00      CAPITAL ONE BANK USA NA,   PO BOX 30281,
                 SALT LAKE CITY, UT 84130-0281
518453281      +EDI: WFNNB.COM Nov 13 2019 05:08:00      COMENITY BANK/VCTRSSEC,   PO BOX 182789,
                 COLUMBUS, OH 43218-2789
518453275       EDI: CAPONEAUTO.COM Nov 13 2019 05:08:00     Capital One Auto Finance,   7933 Preston Road,
                 Plano, TX 75024-2302
518460951      +EDI: AISACG.COM Nov 13 2019 05:08:00      Capital One Auto Finance, a division of,
                 AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518507056      +EDI: AISACG.COM Nov 13 2019 05:08:00      Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,   Houston, TX 77210-4360
518475973      +EDI: AIS.COM Nov 13 2019 05:08:00     Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518519442       EDI: BL-BECKET.COM Nov 13 2019 05:08:00     Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
518453283      +E-mail/Text: bncnotices@becket-lee.com Nov 13 2019 00:26:11     KOHLS DEPARTMENT STORE,
                 PO BOX 3115,   MILWAUKEE, WI 53201-3115
518553962       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 13 2019 00:23:43      LVNV Funding LLC,
                 c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518453276       EDI: DRIV.COM Nov 13 2019 05:08:00     Santander Consumer,   P.O. Box 660633,
                 Dallas, TX 75266-0633
518481963      +EDI: DRIV.COM Nov 13 2019 05:08:00     Santander Consumer USA Inc.,    P.O. Box 560284,
                 Dallas, TX 75356-0284
518493812      +EDI: DRIV.COM Nov 13 2019 05:08:00     Santander Consumer USA, Inc.,    P.O. Box 961245,
                 Fort Worth, TX 76161-0244
518455239      +EDI: RMSC.COM Nov 13 2019 05:08:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
518468903      +EDI: AIS.COM Nov 13 2019 05:08:00     T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518453282      +EDI: WTRRNBANK.COM Nov 13 2019 05:08:00      TD BANK USA/TARGET CREDI,   PO BOX 673,
                 MINNEAPOLIS, MN 55440-0673
518506060      +E-mail/Text: bncmail@w-legal.com Nov 13 2019 00:26:37     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                                         Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 12, 2019
                              Form ID: 148             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of
               Stanwich Mortgage Loan Trust A rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```